UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Janis Lavern Dunbar
Write the full name of each plaintiff.

_____CV_____
(Include case number if one has been assigned)

-against-

Curtis James Jackson III
Starz CEO Jeffrey Hirsch
Jamira Luz Haines
Jane & John Doe

**COMPLAINT**

Do you want a jury trial?
☒ Yes  ☐ No

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

2024 JUN -5 PM 3:43
SDNY PRO SE OFFICE
RECEIVED

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☐ Federal Question

☒ Diversity of Citizenship

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

_____

_____

_____

_____

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _Janis Dunbar_, is a citizen of the State of
(Plaintiff's name)

_Connecticut_
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

The defendant, **Curtis James Jackson III** is a citizen of the State of
(Defendant's name)

**New York**

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If the defendant is a corporation:

The defendant, **Starz Jeffrey Hirsch** incorporated under the laws of
the State of **New York**

and has its principal place of business in the State of **New York**

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in **New York**.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant. → see attached.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

**Janis**     **L**     **Dunbar**
First Name     Middle Initial     Last Name

**19 Edgar St**
Street Address

**New Haven**     **Connecticut**     **06519**
County, City     State     Zip Code

**203-534-4758**     **dunbarjanice45@gmail.com**
Telephone Number     Email Address (if available)

Page 3

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: Curtis Jackson
First Name / Last Name
Rapper / Producer
Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)
530 5th Ave   NY, NY   10036
County, City   State   Zip Code

Defendant 2: Jeffrey Hirsch
First Name   Last Name
CEO of Starz
Current Job Title (or other identifying information)
530 5th Ave   NY, NY   10036
Current Work Address (or other address where defendant may be served)

County, City   State   Zip Code

Defendant 3: Laura Haines
First Name   Last Name
Curtis Jackson Girlfriend
Current Job Title (or other identifying information)
530 5th Ave
Current Work Address (or other address where defendant may be served)
New York   NY   10036
County, City   State   Zip Code

see attached   Page 4

MORE CO DEFENDANTS
Courtney Kemp
Tasha Smith
Omari Hardwick
Larenze Tate
Michael Rainey Jr
Olurotimi Akinosho
Alani Vazquez
Naturi Naughton
Joseph Sikora
Marvin Bernard
Leonard Carl Grant
Marshall Mathers
Mary Jane Blige
Aubrey Drake Graham
Calvin Cordozar Broadus Jr
Clifford Smith
Demetrius Flenory Jr
Russel Hornsby
Michole Briana White
Monique Angela Hicks
Arkeisha Knight
Daphne Joy (Jane Doe)
Sire Jackson (John Doe)
 All of these people knew I was being stalked. I personally believe they helped catfish me pages of Curtis James Jackson. They all knew I was being stalked and didn't think it was wrong following behind lead paint disease.

Defendant 4: **Jane & John Doe**
First Name / Last Name

Mother and Son Curtis Jackson
Current Job Title (or other identifying information)

Unknown
Current Work Address (or other address where defendant may be served)

Unknown
County, City / State / Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: Hauden, New Haven Connecticut

Date(s) of occurrence: From 2017 - 2024.

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

I have been being stalked for actually 10 years. But I know I was with 2 girls and a rapper. They started stalking me on my landline phone not in my name in 2017 for 2 months. Then they came in my messenger as Curtis James Jackson and asked me for $1000. They got $(?) a louis Vitton pocketbook and a T.V. that went to 548 Erie St in Camden N.J. to Lauire Haines. She also chanted die to me for 3 days. I have police and FBI reports here in Hauden and New Haven, Ct. During and after Catfishing

me online Curtis James Jackson for years trying to drive me crazy. He's stealing online and nobody cares. I'm disabled he knew stealing from me. He made a page. Shout out to Janice Turner my number 1 fan and was stalking me at the same time. I believe he has Lead Paint Disease from 1973 he doesn't know Right from wrong like my sister the same age.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

I feel like I have PTSD. They had me breathing in a bag anxiety attacks. My family was calling me crazy for the truth. This also made me homeless. I wrote a book in a hotel.

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

I want $1,000,000,000 for defamation of Character Emotional & mental abuse they have been playing in my life for years. I am somebody too.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| June 3, 2024 | Janis Dunbar |
| Dated | Plaintiff's Signature |
| Janis | L. Dunbar |
| First Name | Middle Initial | Last Name |
| 19 Edgar St #1 | |
| Street Address | |
| New Haven, CT | 06519 |
| County, City | State | Zip Code |
| 203-584-4758 | janicedunbar45@gmail.com |
| Telephone Number | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes  ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

RECEIVED
SONY PRO [OFFICE]
2024 MAY 15 AM 10:28

May 10, 2024

To: Central District of California
atth. Clerks office
Western Division (U.S Courthouse)

My name is Janis Dunbar. I am 56 years old from Ct. Curtis 50 Cent Jackson and Daphne Joy in my book "I WANT YOUR VOICEBOX BITCH" The title is 50 Cent GF Jamira Haines stalking me with them. They came in my messenger stealing. They asked me for $1020 as Curtis James Jackson for an African Orphanage. Daphne Joy was in my messenger first she said send gift cards she owns a Louis Vuitton Pocketbook that was under $300 second hand. Now 50 Cent is with her a helicopter ride with their son. She put up peace sign and duck lips. 50 Cent hiding in her lap laughing after they Robbed me. 50 Cent has something wrong with him LEAD PAINT DISEASE. I was just a fan why steal from me. The GF came back you got anymore money a TV to 548 Erie St Camden New Jersey.

The man in a suit needs help I'm looking for a lawyer and I will be contacting his

this same letter. They even taught there son Sire Jackson to stalk me with catfish of his famous father. My book has been out 3 years he can't sue because its true

Sincerely
Janis Dunbar

203-534-4753
dunbarjanice45 gmail.com