**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
JANIS LAVERN DUNBAR,

                            Plaintiff,

            -against-                                    24 **CIVIL** 4491 (LTS)

                                                           CIVIL JUDGMENT

CURTIS JAMES JACKSON, III,
RAPPER/PRODUCER; JEFFREY HIRSCH, CEO
OF STARZ; JAMIRA HAINES, CURTIS
JACKSON GIRLFRIEND; COURTNEY KEMP;
TASHA SMITH; OMARI HARDWICK;
LARENCE TATE; MICHAEL RAINEY, JR.;
OLUROTIMI KINOSHO; ALANI VAZQUEZ;
NATURI NAUGHTON; JOSEPH SIKORA;
MARVIN BERNARD; LEONARD CARL GRANT;
MARSHALL MATHERS; MARY JANE BLIGE;
AUBREY DRAKE GRAHAM; CALVIN
CORDOZAR BROADUS, JR.; CLIFFORD
SMITH; DEMETRIUS FLENORY, JR.; RUSSEL
HORNSBY; MICHOLE BRIANA WHITE;
MONIQUE ANGELA WHITE; ARKEISHA
KNIGHT; DAPHNE JOY (JANE DOE); SIRE
JACKSON (JOHN DOE); JANE & JOHN
DOES (MOTHER AND SON CURTIS JACKSON),

                            Defendants.
----------------------------------------------------------------X

        For the reasons stated in the September 5, 2024, order, this action is dismissed. Plaintiff's

complaint, filed IFP under 28 U.S.C. § 1915(a)(1), is dismissed pursuant to 28 U.S.C. §

1915(e)(2)(B) (i), (ii), and for lack of subject matter jurisdiction. See Fed. R. Civ. P. 12(h)(3).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the order would not be

taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See

Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:    September 23, 2024

New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN

Chief United States District Judge